# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 19, 2019

Saraliene Durrett
Law Offices of Saraliene Smith Durrett
1800 PEACHTREE ST NE STE 300
ATLANTA, GA 30309

Appeal Number: 19-14442-DD
Case Style: USA v. Michael Durbin
District Court Docket No: 1:16-cr-00090-SCJ-JSA-2

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bradly Wallace Holland, DD/ so
Phone #: 404-335-6181

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 19-14442-D

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL EUGENE DURBIN,

Defendant - Appellant.

On Appeal from the United States
District Court for the Northern District of Georgia

BEFORE: NEWSOM, BRANCH, and GRANT, Circuit Judges.

BY THE COURT:

Appellant's "Time-Sensitive Motion for Stay of District Court Order for Psycho-Sexual Evaluation Based on 17 Year Old Conviction" is DENIED.