FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Aug 31 2020

JAMES N. HATTEN, Clerk

By: s/B. Evans
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>MICHAEL EUGENE DURBIN,<br><br>Defendant. | CASE NO.<br>1:16-CR-00090-2-SCJ-JSA |

## ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that Saraliene Durrett is hereby appointed to represent Defendant Michael Eugene Durbin.

This 31st day of August, 2020.

_Justin S. Anand_
UNITED STATES MAGISTRATE JUDGE