# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00090-SCJ-JSA
## USA v. Bacica et al
### Honorable Steve C. Jones

Minute Sheet for proceedings held on 09/01/2020.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 3:30 P.M.        COURT REPORTER: David Ritchie
TIME IN COURT: 00:30                    DEPUTY CLERK: A. Heard for P. Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [2]Michael Eugene Durbin Present at proceedings |
| ATTORNEY(S) PRESENT: | Saraliene Durrett representing Michael Eugene Durbin<br>Bret Hobson representing USA |
| PROCEEDING CATEGORY: | Status Conference; |
| MINUTE TEXT: | Status conference held via Zoom. The Court held a status conference as to Defendants supervised release. The Court made clear to all that this was not a supervised release revocation hearing. Defendants Probation Officer presented an overview as to the need for todays status conference. Defense Counsel and the Assistant United States Attorney offered comment. The Court requested that the Probation Officer and Defense Counsel present a weekly written status report to the Court concerning Mr. Durbin until further order. |
| HEARING STATUS: | Hearing Concluded |